UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AL-MAHDI FARAD MOHAMMED, | : | Case No. 1:15-cv-414 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| COMPLETE PERSONNEL LOGISTICS, | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 20)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on June 6, 2016, submitted a Report and Recommendation. (Doc. 20). Plaintiff filed objections. (Doc. 22).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does

---

[1] Plaintiff's objections call into question the impartiality of the Magistrate Judge and suggest that both defense counsel and employees of the Equal Employment Opportunity Commission (EEOC) have purposefully misled the Court in their filings. (Doc. 22). Plaintiff further argues that the false statements he made to the Magistrate Judge at an evidentiary hearing on June 23, 2016, were made in error and not intentionally. (*Id.*). However, the Court notes that Plaintiff's objections make no attempt to explain the copy of the EEOC charge he submitted that the Magistrate Judge found to be altered for the purpose of defrauding the Court. (*See* Doc. 20, at 7). Based on that finding, the Magistrate Judge's recommendation that the case be dismissed with prejudice is entirely appropriate.

determine that such Report and Recommendations should be and is hereby adopted in its entirety.  Accordingly, **IT IS ORDERED** that this action be **DISMISSED WITH PREJUDICE**.  The Clerk shall enter Judgment accordingly, whereupon this case shall be **TERMINATED** in this Court.

Date:  8/12/16                                                                                  *s/ Timothy S. Black*
                                                                                                            Timothy S. Black
                                                                                                            United States District Judge